MARY E. BRYAN, Plaintiff, v. NEW YORK LIFE INSURANCE COMPANY, Defendant. — Motion for reargument denied, with ten dollars costs. [See *ante*, p. 896.] Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of the Rehabilitation of BOND AND MORTGAGE GUARANTEE COMPANY. In the Matter of a Plan of Readjustment, etc., of the Rights of the Holders of Investments in a Certain Mortgage Covering Premises Known as the Salisbury Golf Courses, Whaleneck Road, East Meadow, Nassau County, Long Island, New York, Guaranteed by BOND AND MORTGAGE GUARANTEE COMPANY and Designated as Guarantee No. 171,038. PARAGON LAND CORP., MORRIS WALZER, LOUIS WEINSTOCK and HAROLD J. WEINSTOCK, Appellants; JOSEPH P. DAY, FREDERICK R. CRANE and BRADLEY DELEHANTY, Trustees, etc., Respondents. (Appeal No. 3.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of the WESTCHESTER COUNTY BAR ASSOCIATION with Respect to MAURICE CHACHKES, an Attorney, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of PHILIP GOOTENBERG, an Attorney and Counselor at Law, Respondent.— Respondent has made arrangements with the complainant for the payment of her claim, with which she is satisfied, and she asks that the charges be withdrawn. Under the circumstances, and as it appears that respondent's shortcoming took place under trying economic conditions, the court directs that the charges be dismissed. In view of the foregoing the proceeding is dismissed. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

In the Matter of the Application of LAWRENCE SUPINO and FRANK SUPINO, Individually and as Administrators, etc., of VINCENZA SUPINO, etc., Deceased, Appellants, to Remove ANTONIO MACCARIELLO as Coadministrator. ANTONIO MACCARIELLO, as Coadministrator, etc., of VINCENZA SUPINO, etc., Deceased, and Another, Respondents.— Motion for reargument denied, with ten dollars costs. [See *ante*, p. 775.] Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of the Petition of QUEENS COUNTY BAR ASSOCIATION in Respect of LEONARD J. TOMPKINS, an Attorney, Respondent.— Matter referred to Hon. Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

JENNIE E. MILLS, Plaintiff, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Defendant.— Motion for reargument denied, with ten dollars costs. [See *ante*, p. 907.] Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

HERMOINE B. TOWNER, by Her Guardian ad Litem, ARTHUR HUNTER, Appellant, v. RUTHERFORD H. TOWNER, Respondent.— Motion for reargument denied, without costs. [See *ante*, p. 860.] Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.